# EXHIBIT B



December 17, 2020

<u>VIA FEDERAL EXPRESS</u>

Michael I. Fistel, Jr., Esq.
Johnson Fistel, LLP
Murray House
40 Powder Springs St.
Marietta, GA 30064
MichaelF@johnsonfistel.com

        Re:    <u>Stockholder Litigation Demand Letter from S. Anders</u>

Dear Mr. Fistel:

    This will acknowledge receipt of your letter of December 16, 2020, on behalf of Stefanie Anders, to Guy P. Sansone.

    Your letter has been referred to the Board of Directors of Brookdale Senior Living, Inc. I expect that the Board will address your letter at an upcoming meeting, and that you will be contacted thereafter with an update.

    While your letter asserts that Ms. Anders is a current stockholder of Brookdale Senior Living, Inc., your letter did not include any proof of her ownership. Please provide such proof. If you have any additional information you wish to provide to the Board, please forward it to my attention.

Very truly yours,

Timothy J. Cesar
Vice President of Legal

Bringing **New Life** to Senior Living