# EXHIBIT D



March 11, 2021

Michael I. Fistel, Jr., Esq.
Johnson Fistel, LLP
40 Powder Springs St.
Marietta, GA 30064

      Re:    <u>Shareholder Demand on Behalf of Stefanie Anders</u>

Dear Mr. Fistel:

On February 22, 2021, the Board of Directors of Brookdale Senior Living Inc. (the "Company") considered the shareholder demand letter, dated December 16, 2020, that you submitted on behalf of Stefanie Anders (the "Demand Letter").

In light of the substantial overlap between the Demand Letter and the subject matter of a pending securities class action against the Company, captioned *Posey v. Brookdale Senior Living Inc., et al.*, No. 3:20-cv-00543 (M.D. Tenn.), the Board determined that it is in the Company's interest to defer consideration of the Demand Letter at present. The Board noted that pursuit by the Company of the claims alleged in the Demand Letter, while the *Posey* case is pending, could prejudice the Company's defense of the *Posey* matter, inasmuch as the Demand Letter and the *Posey* complaint make similar allegations of misconduct.

The purpose of this letter is to inform you of the Board's determination. At the conclusion of the *Posey* matter, the Board will further address the Demand Letter if Ms. Anders still desires to pursue it then.

                                                Sincerely,

                                              Chad C. White

                                              Executive Vice President, General Counsel and Secretary