UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA TEMPLIN, derivatively on behalf of Brookdale Senior Living Inc., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:21-cv-0373 |
| | ) | Judge Aleta A. Trauger |
| LUCINDA M. BAIER, T. ANDREW SMITH, STEVEN E. SWAIN, MARCUS E. BROMLEY, FRANK M. BUMSTEAD, JACKIE M. CLEGG, DANIEL A. DECKER, RITA JOHNSON-MILLS, JEFFREY R. LEEDS, MARK J. PARRELL, WILLIAM G. PETTY, JR., GUY P. SANSONE, JAMES R. SEWARD, DENISE W. WARREN, LEE S. WIELANSKY, VICTORIA L. FREED, and JORDAN R. ASHER, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| BROOKDALE SENIOR LIVING INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the defendants' Motion for Judgment on the Pleadings (Doc. No. 85) is hereby **DENIED**. The initial case management conference is **RESET** for February 5, 2024 at 4:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge