UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA TEMPLIN, Derivatively on behalf of Brookdale Senior Living Inc., <br><br> Plaintiff, <br><br> v. <br><br> LUCINDA M. BAIER, T. ANDREW SMITH, STEVEN E. SWAIN, MARCUS E. BROMLEY, FRANK M. BUMSTEAD, JACKIE M. CLEGG, DANIEL A. DECKER, RITA JOHNSON-MILLS, JEFFREY R. LEEDS, MARK J. PARRELL, WILLIAM G. PETTY, JR., GUY P. SANSONE, JAMES R. SEWARD, DENISE W. WARREN, LEE S. WIELANSKY, VICTORIA L. FREED, and JORDAN R. ASHER, <br><br> Defendants, <br><br> and <br><br> BROOKDALE SENIOR LIVING INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No.: 3:21-cv-00373 <br><br> Judge Aleta A. Trauger |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
STOCKHOLDER DERIVATIVE SETTLEMENT**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement with exhibits dated April 30, 2025 ("Stipulation"), and all pleadings and records on file in this case, Plaintiff Patricia Templin, hereby moves the Court for an order within 90 days: (1) granting preliminary approval of the proposed settlement[1]; (2) approving the form and manner of giving notice of the proposed settlement to Current Brookdale Shareholders[2]; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

Respectfully submitted,

DATED: May 2, 2025

s/ Michael I. Fistel, Jr
MICHAEL I. FISTEL, JR.

**JOHNSON FISTEL, PLLP**
MICHAEL I. FISTEL, JR.
MARY ELLEN CONNER
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101
Email: michaelf@johnsonfistel.com
Email: maryellenc@johnsonfistel.com

**THE WEISER LAW FIRM, P.C.**
JAMES M. FICARO
Four Tower Bridge
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-0206

---

[1] The Preliminary Approval Order is being submitted concurrently herewith and is also attached as Exhibit B to the Stipulation.

[2] Capitalized terms are defined in the Stipulation, which, along with its exhibits, is being submitted concurrently herewith.

2

Facsimile: (610) 408-8062
jmf@weiserlawfirm.com

*Co-Lead Counsel for Plaintiffs*

**DAVIES, HUMPHREYS, HORTON & REESE, PLC**
Wade B. Cowan
P.O. Box 50617
Nashville, Tennessee 37205
Telephone: (615) 352-2331
Facsimile: (615) 242-7853
Email: wcowan@dhhrplc.com

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 2, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Serviceto the non-CM/ECF participants indicated on the attached Manual Notice List.

                                    *s/ Michael I. Fistel, Jr.*
                                    MICHAEL I. FISTEL, JR.

# Mailing Information for a Case 3:21-cv-00373 Anders v. Baier et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brettson James Bauer**
  bbauer@srvhlaw.com

- **L. Webb Campbell , II**
  wcampbell@srvhlaw.com,Bparrish@srvhlaw.com

- **Mary Ellen Conner**
  maryellenc@johnsonfistel.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **John L. Farringer , IV**
  jfarringer@srvhlaw.com,agosnell@srvhlaw.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonfistel.com,MaryEllenC@johnsonfistel.com,adams@johnsonfistel.com,paralegal@johnsonfistel.com

- **Ashley F. Heintz**
  aheintz@jonesday.com

- **Britt K. Latham**
  blatham@bassberry.com,llewis@bassberry.com,lbilbrey@bassberry.com,briana.sprick.schuster@bassberry.com

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`