| | |
|---|---|
| PATRICIA TEMPLIN, Derivatively on behalf of Brookdale Senior Living Inc., <br><br> Plaintiff, <br><br> v. <br><br> LUCINDA M. BAIER, T. ANDREW SMITH, STEVEN E. SWAIN, MARCUS E. BROMLEY, FRANK M. BUMSTEAD, JACKIE M. CLEGG, DANIEL A. DECKER, RITA JOHNSON-MILLS, JEFFREY R. LEEDS, MARK J. PARRELL, WILLIAM G. PETTY, JR., GUY P. SANSONE, JAMES R. SEWARD, DENISE W. WARREN, LEE S. WIELANSKY, VICTORIA L. FREED, and JORDAN R. ASHER, <br><br> Defendants, <br><br> and <br><br> BROOKDALE SENIOR LIVING INC., a Delaware Corporation, <br><br> Nominal Defendant. | Civil Action No.: 3:21-cv-00373 <br><br> Judge Aleta A. Trauger |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF STOCKHOLDER DERIVATIVE SETTLEMENT AND AWARD OF ATTORNEYS' FEES, <u>REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS</u>**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE that, pursuant to an Order of the Court dated May 5, 2025 (ECF No. 120), on July 9, 2025 at 1:00 p.m., before the Honorable Aleta A. Trauger in Courtroom 6C, 719 Church Street, Nashville, Tennessee 37203, and based on the accompanying memorandum of law, Declaration of James M. Ficaro in Further Support of Plaintiff's Unopposed Motion for Final Approval of Stockholder Derivative Settlement and Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards, as well as all exhibits attached thereto, the Stipulation and Agreement of Settlement, dated April 30, 2025, together with its exhibits ("Stipulation") (ECF No. 117), and all pleadings and records on file in this case, Plaintiff Patricia Templin hereby moves the Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for an Order granting Final Approval of the Settlement and awarding attorney's fees and reimbursement of expenses and service awards, as set forth in the Stipulation.[1]

Respectfully submitted,

DATED: June 4, 2025

*s/ Michael I. Fistel, Jr*
MICHAEL I. FISTEL, JR.

**JOHNSON FISTEL, PLLP**
MICHAEL I. FISTEL, JR.
MARY ELLEN CONNER
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101
Email: michaelf@johnsonfistel.com
Email: maryellenc@johnsonfistel.com

**THE WEISER LAW FIRM, P.C.**
JAMES M. FICARO
Four Tower Bridge

---

[1] All capitalized terms that are not otherwise defined shall have the same definitions as set forth in the Stipulation. A copy of the [Proposed] Order and Final Judgement that was submitted previously as Exhibit E to the Stipulation (ECF No. 117-5) is submitted concurrently herewith.

200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-0206
Facsimile: (610) 408-8062
jmf@weiserlawfirm.com

*Co-Lead Counsel for Plaintiff*

**DAVIES, HUMPHREYS, HORTON & REESE, PLC**
Wade B. Cowan
P.O. Box 50617
Nashville, Tennessee 37205
Telephone: (615) 352-2331
Facsimile: (615) 242-7853
Email: wcowan@dhhrplc.com

*Liaison Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 4, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
JOHNSON FISTEL, PLLP
Murray House
40 Powder Springs Street
Marietta, GA 30064
Phone: (470) 632-6000
Facsimile: (770) 200-3101
Email: michaelf@johnsonfistel.com